**Earl R. Wallace, Esq. (State Bar Number 174247)**
**RUZICKA & WALLACE, LLP**
16520 Bake Parkway, Suite 280
Irvine, CA 92618
Telephone: (949) 759-1080
Facsimile: (949) 759-6813

Attorneys for Plaintiff, **THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST,<br><br>          Plaintiff,<br><br>     vs.<br><br>CARLOS LEON; and DOES 1 to 20, inclusive,<br><br>          Defendants. | Case No.: CV10 4613 EDL<br><br>State Case No.: FG10524843<br><br>[proposed] **ORDER SHORTENING TIME**<br><br>JUDICIAL OFFICER: MAGISTRATE JUDGE ELIZABETH D. LAPORTE |

Having read and considered the Ex Parte Application of Plaintiff, THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST ("Plaintiff"), for and Order Shortening Time on its Motion to Remand, and good cause having been found,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Shorten Time is hereby GRANTED.

The hearing on Plaintiff's Motion to Remand is hereby advanced to November 10, 2010 [date] at 9 a.m. ~~/ p.m.~~ in ~~Department~~ Courtroom E of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102. Any Opposition papers shall

---
1
ORDER SHORTENING TIME

1  be filed and served no later than __November 4, 2010__ [date]. Any Reply papers shall be filed and
2  served no later than __November 8, 2010__ [date].
3      Plaintiff shall serve this Order upon Defendant(s) no later than __October 25, 2010__ [date].
4      Service of this Order, the Opposition papers and the Reply papers may be made by
5  personal delivery, facsimile transmission or overnight mail.

7  Dated: __October 25, 2010__     /s/ Elizabeth D. Laporte
8      UNITED STATES ~~DISTRICT~~ JUDGE
    MAGISTRATE

2
ORDER SHORTENING TIME