**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS LEON,<br><br>Defendant.<br>_____/ | No. C-10-04613 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation filed on November 10, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: November 10, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge